■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID A. ASHLAW, Appellant. [3 NYS3d 652]—Garry, J. Appeal from a judgment of the County Court of St. Lawrence County (Richards, J.), rendered July 26, 2013, convicting defendant upon his plea of guilty of the crime of attempted burglary in the second degree.

Pursuant to a combined plea agreement, defendant entered a guilty plea to burglary in the third degree in satisfaction of a four-count indictment. Defendant also waived indictment and pleaded guilty to the reduced charge of attempted burglary in the second degree as charged in a superior court information related to another incident, satisfying other outstanding charges. In exchange, County Court adjourned sentencing and placed defendant on interim probation for one year in order to permit him to complete substance abuse treatment (*see* CPL 390.30 [6]), and sentencing was repeatedly adjourned to permit him to complete inpatient treatment. The court ultimately concluded that defendant had failed to comply with the conditions of interim probation and sentenced him on the attempted burglary conviction to a prison term of four years, with three years of postrelease supervision.* Defendant appeals.

For the reasons stated in *People v Ashlaw* (126 AD3d 1236 [2015] [decided herewith]), we affirm.

Lahtinen, J.P., Rose and Devine, JJ., concur. Ordered that the judgment is affirmed.

---

* Defendant also received a concurrent prison term of 20 months to five years on the burglary in the third degree conviction (*People v Ashlaw*, 126 AD3d 1236 [2015] [decided herewith]).